IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CANADA,

        Plaintiff,

    v.

J. LAMAR,

        Defendant.

_____/

No. C 13-4119 TEH (PR)

ORDER OF DISMISSAL

On September 5, 2013, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento"), filed a letter with this court alleging mistreatment by prison officials at Pelican Bay State Prison, where he formerly was incarcerated. Doc. #1. On the same day, the Clerk of the Court notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis ("IFP") application. See 28 U.S.C. § 1915(a)(2). Doc. #2. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of his action.

1        Plaintiff requested an extension of time and, on October
2  25, 2013, the Court granted this request. Doc. #4. Plaintiff was
3  to file his IFP application and a complaint on the Court's civil
4  rights complaint form by November 15, 2013. Plaintiff requested a
5  second extension of time, which the Court also granted. Doc. #6.
6  The required documents were due on February 18, 2014.

7        This deadline has passed and Plaintiff has not provided
8  the Court with the requisite items. The action, therefore, is
9  DISMISSED without prejudice. The Clerk is directed to terminate all
10 pending motions as moot and close the file.

12       IT IS SO ORDERED.

14 DATED  *03/10/2014*      *[signature]*
15                                       THELTON E. HENDERSON
                                      United States District Judge

P:\PRO-SE\TEH\CR.13\Canada-13-4119-no complaint-no ifp-dismissal.wpd